**TEITELBAUM & BASKIN, LLP**
Attorneys for Chase Home Finance, LLC
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  
**William & Boni Rose**  
      Debtors.

Chapter 13  
Case No: 10-22766-rdd

---

**William & Boni Rose**  
      Plaintiffs,  
vs.  
**Chase Home Finance, LLC**  
      Defendant.

Adversary No. 10-08400-rdd

---

## STIPULATION AND ORDER

1) IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-referenced action that the time to answer, move or otherwise respond to the Plaintiffs' Adversary Complaint, dated August 5, 2010, shall be extended from September 8, 2010 through and including October 8, 2010, so as to allow the parties to engage in discussions regarding a loan modification with respect to the loan obtained by the Debtors with the Account No XXXXXXX1268 in the original principal amount of $417,000.

2) This Stipulation and Order may be executed in counterparts, but shall not become

1

effective until executed by all parties and approved by the Court.

3) A facsimile or electronically signed copy of this Stipulation may be submitted as an original

Dated: August 21, 2010

| Law Office of Bleichman & Klein | Teitelbaum & Baskin, LLP |
|---|---|
| /s/ Joshua N. Bleichman | /s/ Jay Teitelbaum |
| Joshua N. Bleichman, Esq. | Jay Teitelbaum, Esq. |
| Attorneys for William & Boni Rose | Attorneys for Chase Home Finance, LLC |
| 268 Route 59 | 1 Barker Avenue |
| Spring Valley, New York 10977 | White Plains, New York 10601 |
| (845) 425-2510 | (914) 437-7670 |

Ordered this __ day of _____ 2010

_____
The Honorable Robert D. Drain
United States Bankruptcy Court Judge

2